# Third District Court of Appeal
## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D2023-1752
Lower Tribunal No. AHWGYZE
_____

**William Craig Thomas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Robin Faber, Judge.

William Craig Thomas, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.